FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 DEC 20  A 11: 59

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Melody A. Russell

            Plaintiff,

V.                                              CIVIL ACTION NO.
                                                1:13-cv-00088-MJG

Collecto, Inc.

            Defendant.                          December 19, 2013


## STIPULATION FOR DISMISSAL


The plaintiff through her attorney Bernard T. Kenned and the Defendant through

its attorney Birgit Stuart stipulate that the claims in the above entitled action shall be

dismissed with prejudice, and without costs, subject to approval of the Court.


                        THE PLAINTIFF

                        BY/S/Bernard T. Kennedy
                        Bernard T. Kennedy, Esquire
                        The Kennedy Law Firm
                        163 Mitchells Chance Road, #244
                        Edgewater, MD 21037
                        Ph  (443) 607-8901
                        Fax (443) 440-6372
                        Fed. Bar # Md26843
                        bernardtkennedy@yahoo.com


SO ORDERED, on Thursday, December 19, 2013.


                        _____/s/_____
                             Marvin J. Garbis
                        United States District Judge